IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. – JFM-10-336 |
| ROGER FORD | * | |

## MEMORANDUM

Roger Ford has filed this motion under 28 U.S.C. §3582(c)(2), claiming that he is entitled to a sentence reduction based upon the quantity of drugs with which he is involved.

Ford is incorrect. He was sentenced under Fed. R. Crim. P. 11(c)(1)(C) to 180 months. 180 months was substantially less than his Guideline range of 262 to 327 months.

A separate order denying Ford's motion is being entered herewith.

Date: 8/29/16

J. Frederick Motz
United States District Judge

1